**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

     **vs.**

**MATTHEW J. STARR**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:05-CR-46 (GHL)**

None
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty as to the lesser offense stated below

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Operating a motor vehicle within the special maritime and territorial jurisdiction fo the United States at Fort Drum, New York, while his ability do so was impaired by alcohol, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  January 13, 2005**

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $495.00 and a $5.00 special assessment, payable immediately.

**IT IS FURTHER ORDERED** that the defendant shall pay to the Clerk, U.S. District Court, for this District at 100 S. Clinton Street, Syracuse, NY 13261, any amount imposed as restitution, fine, special assessment or cost of prosecution.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Counts 1 and 2** of the Information are dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district and to the New York State Department of Motor Vehicles.

  March 17, 2005
Date of Imposition of Sentence

 April 1, 2005
DATE SIGNED

George H. Lowe
United States Magistrate Judge